

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANGELA AMATO, | § | No. 08-18-00224-CR |
| | § | Appeal from the |
| APPELLANT, | § | 409th District Court |
| V. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20150D02835) |
| APPELLEE. | § | |

## MEMORANDUM OPINION

Appellant, Angela Amato, has filed a motion to dismiss her appeal pursuant to Rule 42.2. This rule permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant's motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

April 24, 2019

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)